IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ALEXANDER BLOCKER                                                   PLAINTIFF

V.                                          CIVIL ACTION NO. 1:16-CV-00090-SA-DAS

IBM CORPORATION                                                     DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant have requested the dismissal with prejudice of the above-entitled and numbered cause against the Defendant. Based on the parties having requested the Court to dismiss the above-entitled and numbered cause with prejudice and the Court's having approved and concluded that it should grant the parties' request, it is accordingly ORDERED and ADJUDGED that the action be, and it is hereby, dismissed with prejudice, with each party bearing its respective costs.

SIGNED the 20TH day of February, 2018.

_____
U.S. DISTRICT JUDGE

11

AGREED:

*[signature]*

Blythe K. Lollar (MS Bar No. 104554)
blythe.lollar@ogletreedeakins.com
Robin Banck Taylor (MS Bar No. 100195)
robin.taylor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
207 West Jackson Street, Suite 200
Ridgeland, Mississippi 39157
Telephone: (601) 360-8444
Facsimile: (601) 360-0995
**ATTORNEYS FOR DEFENDANT**

*[signature]*

Alexander Blocker
1109 Lawndale Drive
Tupelo, Mississippi 38801
**PRO SE PLAINTIFF**

32108417.1

12